```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBERT WEEKES,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :        21 Civ. 10218 (JPC)
              -v-                                                      :
                                                                       :             ORDER
ANCIENT BRANDS, LLC,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 21, 2022, the Court ordered Plaintiff to move for default judgment or to show cause why this case should not be dismissed for failure to prosecute by February 4, 2022.  Dkt. 6.  Plaintiff did not do so.  Federal Rule of Civil Procedure 41 authorizes a court to dismiss an action for failure to prosecute or comply with a court order.  Fed R. Civ. P. 41(b); *see LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . .").  If Plaintiff does not comply with the Court's prior Order by February 14, 2022, the Court may dismiss this case for failure to prosecute and failure to comply with a court order without further notice.

    SO ORDERED.

Dated: February 9, 2022  
       New York, New York

                                              JOHN P. CRONAN  
                                         United States District Judge