

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

February 9, 2022

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Weekes v. Ancient Brands, LLC*, Case No. 1:21-cv-10218

Dear Judge Cronan:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action. We respectfully write to request a ten (10) day extension to submit a motion for default judgment in this case pursuant to this Court's order of January 21, 2022. *See* Docket No. 6. We believe we have located Defendant's counsel and request 10 additional days to pursue this in order to actively litigate this claim outside of the default process.

Respectfully submitted,
/s/ *Edward Y. Kroub*
Edward Y. Kroub, Esq.

Cc:   All Counsel of Record (via ECF)

The request is granted. The briefing schedule and default judgment conference previously set by the Court, Dkt. 6, are adjourned. Plaintiff shall move for default by February 21, 2022 unless Defendant appears to litigate this action before that date. If Plaintiff moves for default, the Court will then set a briefing schedule and conference.

Plaintiff shall serve this Order on Defendant via overnight courier by February 14, 2022, and file proof of service on the docket by February 16, 2022.

The Court notes that while the Order at Docket Number 6 ordered Plaintiff to serve said Order on Defendant by January 28, 2022, Dkt. 6 at 3, Plaintiff did not do so until February 8, 2022, Dkt. 8, four days after the initial deadline for Plaintiff's motion for default judgment. Moreover, Plaintiff did not request an extension of the Order at Docket Number 6 until after the motion for default judgment was due, in spite of the Court's Individual Rule 3(b) ("Absent compelling circumstances, a request for an extension or adjournment must be made at least 48 hours . . . prior to the scheduled appearance or deadline."). Plaintiff is reminded of the importance of diligent compliance with the Court's orders.

This Order supersedes the Order at Docket Number 9.

SO ORDERED.
Date: February 10, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge